IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**LOUIS SHEFFIELD, Individually and on**            **PLAINTIFF**
**behalf of all Others Similarly Situated**

vs.            No. 4:19-cv-1030

**STEWART BUILDERS, INC.**            **DEFENDANT**

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF THIRD OFFER OF JUDGMENT

COMES NOW Plaintiff Louis Sheffield ("Plaintiff"), by and through his attorneys Merideth Q. McEntire and Josh Sanford of Sanford Law Firm, PLLC, and for his Notice of Acceptance of Third Offer of Judgment, states and alleges as follows:

1. On July 17, 2020, Defendant's counsel emailed Plaintiff's counsel with an offer of judgment in the sum of $32,000.00, plus an award of reasonable attorney's fees and costs. Defendant's Third Offer of Judgment is attached as Exhibit 1.

2. The deadline to accept the Third Offer of Judgment is July 31, 2020.

3. Plaintiff accepts Defendant's Third Offer of Judgment for the total sum of $32,000.00, plus a reasonable fee and costs. The parties are in the process of separately negotiating reasonable attorney's fees and costs.[1]

4. If the parties cannot agree on a reasonable fee, Plaintiff will submit a petition for an award of attorney's fees.

---

[1] Under the FLSA, an award of reasonable attorneys' fees and costs to the prevailing party is mandatory. *Fegley v. Higgins*, 19 F.3d 1126, 1134 (6th Cir. 1994); 29 U.S.C. § 216(b).

**Page 1 of 2**
**Louis Sheffield, et al. v. Stewart Builders, Inc.**
**U.S.D.C. (S.D. Tex.) Case No. 4:19-cv-1030**
**Plaintiff's Notice of Acceptance of Third Offer of Judgment**

Respectfully submitted,

**LOUIS SHEFFIELD, Individually
and on behalf of all Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 SOUTH SHACKLEFORD, SUITE 411
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

Merideth Q. McEntire
Tex. Bar No. 24105123
merideth@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing pleading was filed via the CM/ECF system, which will provide notice to the following attorney of record:

Richard D. Alaniz, Esq.
ralaniz@alaniz-law.com
Brett Holubeck, Esq.
bholubeck@alaniz-law.com
Scott Stottlemyre, Esq.
SStottlemyre@alaniz-law.com
ALANIZ LAW & ASSOCIATES, PLLC
20333 State Hwy 249, Ste. 272
Houston, Texas 77070
Telephone: (281) 833-2200
Facsimile: (281) 833-2240

*/s/ Josh Sanford*
**Josh Sanford**

Page 2 of 2
Louis Sheffield, et al. v. Stewart Builders, Inc.
U.S.D.C. (S.D. Tex.) Case No. 4:19-cv-1030
Plaintiff's Notice of Acceptance of Third Offer of Judgment